Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WALTER DEMAREE, an individual<br><br>Plaintiff,<br><br>vs.<br><br>BABCOCK AND BROWN HOLDINGS INC., a Delaware corporation; BABCOCK AND BROWN ASSOCIATES LLC, a Delaware limited liability company<br><br>Defendants. | NO. C05-01849 JLR<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

## I. STIPULATION

It is hereby stipulated by and between the parties hereto, by and through their counsel of record, that the above-entitled cause, having been fully settled and compromised, may be dismissed with prejudice and without costs to any party.

DATED this  9  day of October, 2007.

HILLIS CLARK MARTIN & PETERSON, P.S.

*[signature]*

Laurie Lootens Chyz, WSBA #14297
Amit D. Ranade, WSBA #34878
Attorneys for Plaintiff
Walter Demaree

SUMMIT LAW GROUP PLLC

*[signature]*

Philip S. McCune, WSBA #21081
Attorneys for Defendants
Babcock & Brown Holdings, Inc.;
Babcock & Brown Associates LLC

*STIPULATION AND ORDER OF DISMISSAL*
*(CV05-01849 JLR) - Page 1 of 2*

HILLIS CLARK MARTIN &
PETERSON, P.S.

500 Galland Building, 1221 Second Ave
Seattle WA 98101-2925
206.623.1745; fax 206.623.7789

## II. ORDER OF DISMISSAL

This matter having come on for hearing before the Court upon the stipulation of the parties hereto, and it appearing to the Court that the matter has been fully settled and compromised, now, therefore, it is hereby

ORDERED, ADJUDGED and DECREED that all claims and counter-claims in the above-captioned action are hereby dismissed with prejudice and without costs to any party

DONE IN OPEN COURT this _____ day of October, 2007.

_____
HON. JAMES L. ROBART

Presented by:

HILLIS CLARK MARTIN & PETERSON, P.S.

_/s/_____
Laurie Lootens Chyz, WSBA #14297
Amit D. Ranade, WSBA #34878
Attorneys for Plaintiff
Walter Demaree

Notice of Presentation Waived; Accepted as to Form:

SUMMIT LAW GROUP PLLC

_/s/_____
Philip S. McCune, WSBA #21081
Attorneys for Defendants
Babcock & Brown Holdings, Inc.;
Babcock & Brown Associates LLC

ND: 18271 002 4822-2227-2513v1  10/04/07

*STIPULATION AND ORDER OF DISMISSAL*
*(CV05-01849 JLR) - Page 2 of 2*

HILLIS CLARK MARTIN &
PETERSON, P.S.

500 Galland Building, 1221 Second Ave
Seattle WA 98101-2925
206.623.1745; fax 206 623 7789